# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CORDERO DE ANDA,<br><br>   Plaintiff,<br><br>   v.<br><br>J. RAPOZO, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:07-cv-01895-DLB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT<br><br>(Docs. 33, 38, 44)<br><br>RESPONSE DUE WITHIN 30 DAYS |

Plaintiff Juan Cordero De Anda ("Plaintiff") is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants J. Rapozo, Sanchez, and Twin Cities Hospital.

On September 3, 2009, Defendant Sanchez filed a motion for summary judgment. (Doc. 33.) On November 19, 2009, Defendant Twin Cities Hospital filed a motion for summary judgment. (Doc. 38.) On January 6, 2010, Defendant J. Rapozo filed a motion for summary judgment. (Doc. 44.) As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition to any of the motions, as required by the Court's Local Rule 230(l).

Accordingly, the Court HEREBY ORDERS Plaintiff to respond to Defendants' motions for summary judgment within thirty (30) days from the date of service of this order. Failure to comply with this order will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **February 16, 2010**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1